| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Humperdink's West Northwest Highway, Ltd.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   20-1730803

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 2208 W Northwest Hwy | PO Box 542465 |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Dallas    TX    75220 | Dallas    TX    75354 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | Dallas | **Location of principal assets, if different from principal place of business** |
   | County | |
   | | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☒ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Humperdink's West Northwest Highway, Ltd.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY
         District _____ When _____ Case number _____
                                              MM / DD / YYYY
         District _____ When _____ Case number _____
                                              MM / DD / YYYY

Debtor **Humperdink's West Northwest Highway, Ltd.**   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Humperdink's Six Flags Drive, Ltd.**   Relationship **Affiliate**
District **N.D. of Texas, Ft. Worth Division**   When **02/06/2019**
Case number, if known **19-40572**                            MM / DD / YYYY

Debtor _____   Relationship _____
District _____   When _____
Case number, if known _____         MM / DD / YYYY

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number   Street
_____
_____   _____   _____
City             State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Humperdink's West Northwest Highway, Ltd.**   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| **15.** | **Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/06/2019**
MM / DD / YYYY

X **/s/ John McMurray**          **John McMurray**
Signature of authorized representative of debtor   Printed name

Title **Member of General Partner**

**18. Signature of attorney**

X **/s/ Howard Marc Spector**          Date **02/06/2019**
Signature of attorney for debtor         MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Johnson, PLLC**
Firm name

**12770 Coit Road**
Number    Street

**Suite 1100**

**Dallas**          **TX**     **75251**
City           State    ZIP Code

**(214) 365-5377**          **hms7@cornell.edu**
Contact phone          Email address

**00785023**          **TX**
Bar number          State

**Fill in this information to identify the case:**

Debtor name: **Humperdink's West Northwest Highway, Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Veritex Bank<br>17950 Preston Road<br>Suite 100<br>Dallas, TX 75252 | | | | $342,742.17 | $0.00 | $342,742.17 |
| 2 | John McMurray<br>4224 Millview Lane<br>Dallas, TX 75287 | | | | | | $156,549.33 |
| 3 | Sysco Food Services of Dallas, LP<br>P.O. Box 560700<br>Lewisville, TX 75056-0700 | | | | $87,800.10 | $0.00 | $87,800.10 |
| 4 | John R Ames, Dallas County Property Tax<br>PO Box 139066<br>Dallas, TX 75313-9066 | | | | $60,916.76 | $0.00 | $60,916.76 |
| 5 | DSF3 HP Partners, LP<br>4303 West Lovers Lane<br>Suite 200<br>Dallas, TX 75209 | | | | $31,666.67 | $0.00 | $31,666.67 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor **Humperdink's West Northwest Highway, Ltd.** _____ Case number (if known) _____
     Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | DSF3 HP Partners, LP<br>4303 West Lovers Lane<br>Suite 200<br>Dallas, TX 75209 | | | | $9,500.00 | $0.00 | $9,500.00 |
| 7 | DSF3 HP Partners, LP<br>4303 West Lovers Lane<br>Suite 200<br>Dallas, TX 75209 | | | | $9,500.00 | $0.00 | $9,500.00 |
| 8 | DSF3 HP Partners, LP<br>4303 West Lovers Lane<br>Suite 200<br>Dallas, TX 75209 | | | | $9,000.00 | $0.00 | $9,000.00 |
| 9 | John R Ames, Dallas County Property Tax<br>PO Box 139066<br>Dallas, TX 75313-9066 | | | | $8,222.45 | $0.00 | $8,222.45 |
| 10 | Hardie's<br>P.O. Box 671554<br>Dallas, TX 75267-1554 | | | | $8,033.59 | $0.00 | $8,033.59 |
| 11 | John R Ames, Dallas County Property Tax<br>PO Box 139066<br>Dallas, TX 75313-9066 | | | | $7,840.61 | $0.00 | $7,840.61 |
| 12 | Halperns' Steak & Seafood<br>PO Box 116421<br>Atlanta, GA 30368-6421 | | | | $3,020.37 | $0.00 | $3,020.37 |
| 13 | Hill Country Dairies<br>PO Box 80467<br>Austin, TX 78708 | | | | $1,646.05 | $0.00 | $1,646.05 |

Debtor **Humperdink's West Northwest Highway, Ltd.** Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Sesac, Inc.<br>55 Music Square East<br>Nashville, TN 37203 | | | | $1,483.00 | $0.00 | $1,483.00 |
| 15 ASCAP<br>2675 Paces Ferry Rd, SE Ste#350<br>Atlanta, GA 30339 | | | | $1,423.81 | $0.00 | $1,423.81 |
| 16 BMI<br>10 Music Square East<br>Nashville, TN 37203 | | | | $1,415.88 | $0.00 | $1,415.88 |
| 17 Henry's Homemade Ice Cream<br>3100 Independence Parkway, Suite 215<br>Plano, TX 75075 | | | | $1,257.41 | $0.00 | $1,257.41 |
| 18 R L Schreiber, Inc<br>P.O. Box 95000-5970<br>Philadelphia, PA 19195-5970 | | | | $1,168.94 | $0.00 | $1,168.94 |
| 19 Mckenzie Chase Management<br>PO Box 30550<br>Seattle, WA 98113 | | | | $1,095.51 | $0.00 | $1,095.51 |
| 20 3 MB, L.P.<br>PO Box 541208<br>Dallas, TX 75354-1208 | | | | $412.50 | $0.00 | $412.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Humperdink's West Northwest Highway, Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/06/2019**
MM / DD / YYYY

X **/s/ John McMurray**
Signature of individual signing on behalf of debtor

**John McMurray**
Printed name

**Member of General Partner**
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:   **Humperdink's West Northwest Highway, Ltd.**               CASE NO

                                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/6/2019                                    Signature  /s/ John McMurray
                                                            *John McMurray*
                                                            *Member of General Partner*

Date _____                          Signature _____

```
3 MB, L.P.
PO Box 541208
Dallas, TX 75354-1208




AC Beverage Southwest
PO BOX 471835
Fort Worth, TX 76147




ASCAP
2675 Paces Ferry Rd, SE Ste#350
Atlanta, GA 30339




BMI
10 Music Square East
Nashville, TN 37203




DSF3 HP Partners, LP
4303 West Lovers Lane
Suite 200
Dallas, TX 75209


Halperns' Steak & Seafood
PO Box 116421
Atlanta, GA 30368-6421




Hardie's
P.O. Box 671554
Dallas, TX 75267-1554




Henry's Homemade Ice Cream
3100 Independence Parkway, Suite 215
Plano, TX 75075




Hill Country Dairies
PO Box 80467
Austin, TX 78708
```

```
IRS
P.O. Box 7346
Philadelphia, PA 19114




John McMurray
4224 Millview Lane
Dallas, TX 75287




John R Ames, Dallas County Property Tax
PO Box 139066
Dallas, TX 75313-9066




Mckenzie Chase Management
PO Box 30550
Seattle, WA 98113




R L Schreiber, Inc
P.O. Box 95000-5970
Philadelphia, PA 19195-5970




Sesac, Inc.
55 Music Square East
Nashville, TN 37203




Sysco Food Services of Dallas, LP
P.O. Box 560700
Lewisville, TX 75056-0700




United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242


Veritex Bank
17950 Preston Road Suite 100
Dallas, TX 75252
```